IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY DWANN JONES, | : | CIVIL ACTION NO. **1:CV-14-1092** |
| Plaintiff | : : | |
| | : | (Chief Judge Connor) |
| v. | : | |
| | : | (Magistrate Judge Blewitt) |
| MANPOWER, INC., | : | |
| Defendant | : : : | |

## ORDER

AND NOW, this 10th day of **June, 2014,** based on the foregoing Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff Jones shall file an Amended Complaint within **twenty (20) days** of the date of this Order.

2. Plaintiff's Amended Complaint shall be filed to the same docket number as the instant action and shall be entitled "Amended Complaint."

3. Plaintiff's Amended Complaint shall be complete in all respects. It shall be a new pleading which stands by itself as an adequate complaint without reference to the complaint already filed. The amended complaint shall also be "simple, concise, and direct", as required by the Rules of Civil Procedure. Fed.R.Civ.P. 8(e)(1).



4. Failure of Plaintiff to timely file his Amended Complaint will result in a recommendation that his action be dismissed.

THOMAS M. BLEWITT
United States Magistrate Judge

Dated: June 10, 2014